AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court

_____ DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA
v.
SIDALI RYAD BABALI
155 South Street, Apartment 3
Waltham, MA

(Name and Address of Defendant)

**CRIMINAL COMPLAINT**

CASE NUMBER: 05-1702-CBS

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __July 16, 2005__ in __Suffolk__ county, in the _____ District of __Massachusetts__ defendant(s) did, (Track Statutory Language of Offense)

knowingly remove his two minor sons, Akram and Zakary Babali, from the United States with the intent to obstruct the lawful exercise of parental rights by Wahida Babali, the mother of said children

in violation of Title __18__ United States Code, Section(s) __1204__.

I further state that I am a(n) __Special Agent, FBI__ and that this complaint is based on the following
Official Title

facts:

See attached affidavit

Continued on the attached sheet and made a part hereof:  ☒ Yes    ☐ No

_____
Signature of Complainant

Sworn to before me and subscribed in my presence,

07-21-2005 _____ at Boston, MA
Date                                              City and State

CHARLES B. SWARTWOOD, III
CHIEF UNITED STATES MAGISTRATE JUDGE   _____
Name & Title of Judicial Officer                      Signature of Judicial Officer

This form was electronically produced by Elite Federal Forms, Inc.