CR# 05-1702-CBS

## AFFIDAVIT

I, Tamara N. Harty, Special Agent, Federal Bureau of Investigation, (FBI), being duly sworn upon my oath, depose and state the following:

1. I am a Special Agent with the Federal Bureau of Investigation (FBI) and have been so employed for approximately three years. I have been assigned to the Boston Division since February, 2003. I am currently assigned to the Violent Crimes Task Force, which is comprised of personnel from the FBI, the Massachusetts State Police, and the police departments of Boston, Malden and Cambridge. Among other offenses, the task force investigates national and international kidnappings, including parental kidnappings. I am the Crimes Against Children Coordinator for the Boston Division of the FBI and have attended several training sessions sponsored by the National Center for Missing and Exploited Children, the Las Vegas Metropolitan Police Department and Law Enforcement Instructors Alliance, and the Children's Advocacy Center of Suffolk County.

2. I am aware that 18 U.S.C. § 1204 makes it a federal criminal offense to remove a child from the United States, or retain a child outside of the United States who has been removed from the United States, with the intent to obstruct the lawful exercise of parental rights. Having so stated, I make this affidavit in support of a complaint charging an individual named Sidali Ryad Babali (Sidali Babali) with violation of that statute.

3. The facts asserted in this affidavit are based on my own investigation and upon information provided to me by others connected with the investigation. In submitting this affidavit, however, I have not included each and every fact known to me about the investigation, but only those facts that I believe are sufficient to support a finding of probable cause.

4. Sidali Babali was born in Algeria on July 16, 1968. Wahida Babali, his wife, was born in Algeria on May 31, 1969. They were married in Algeria in 1997. They have lived in the United States for several years and both are naturalized United States citizens.

5. On April 1, 2000, Wahida Babali gave birth to Akram Babali. On February 5, 2003, Wahida gave birth to Zakary Babali. Wahida and Sidali Babali were living in Waltham, Massachusetts at the time of the birth of their two sons and both sons are United States citizens.

6. In July 2005, and for a period of time prior thereto, Wahida and Sidali Babali were experiencing marital problems. As a consequence, Wahida recently told Sidali that she wanted a divorce. Nevertheless, they continued to reside together with their sons at their apartment in Waltham.

7. On July 16, 2005, at approximately 11:00 a.m., Sidali Babali told Wahida Babali that he was going to take their two children to the park, then to McDonald's for lunch, and then to a fair in Lynn, Massachusetts. When Sidali and the children left the Babalis' Waltham apartment, Wahida expected them to return later that afternoon. When they had not returned by that evening, Wahida contacted the Waltham Police. The following day, based upon the belief that Sidali had left the United States with the children, the Waltham Police contacted the FBI and asked for its investigative assistance.

8. Wahida Babali has not seen or heard from her children Akram and Zakary Babali since they left with Sidali Babali from their Waltham apartment on July 16, 2005. On July 18, 2005, Wahida appeared before the Probate and Family Court in Middlesex County. On that date, the court issued an order granting her motion for emergency custody of Akram and Zakary. The court granted her sole legal and physical custody of the children and ordered Sidali to return the children to her forthwith.

9. On July 18, 2005, the FBI's airport liaison, Special Agent (SA) Timothy Darling, contacted airport and immigration personnel at Logan International Airport (Logan) in Boston, Massachusetts. Said personnel confirmed that on July 16, 2005, Sidali, Akram, and Zakary Babali left the United States on a flight that departed from Logan. More specifically, SA Darling learned the following: Sidali, Akram, and Zakary Babali appeared at Logan at approximately 1:06 p.m. on July 16, 2005 seeking to depart on an Aer Lingus flight to Paris, France; Sidali Babali was told that all of the Aer Lingus flights to Paris were full at that time; Sidali, Akram, and Zakary Babali ultimately checked in at approximately 5:35 p.m. for a 9:00 p.m. flight on Aer Lingus Flight 132 from Boston to Paris, with a scheduled stop in Dublin, Ireland; and, Sidali, Akram, and Zakary Babali boarded Aer Lingus Flight 132 as standby passengers and flew to Dublin and then on to Paris.

10. I subsequently spoke with a customer service assistant for Group Ground North America (GGNA) at Logan, Safieddine Khelladi, whose duties include the issuance of tickets to passengers for Aer Lingus. Khelladi advised me of the following. On July 15, 2005 he was manning the Aer Lingus ticket counter at Logan when Sidali Babali appeared and inquired about purchasing three one-way tickets to Algeria. Sidali indicated that he had already tried unsuccessfully to purchase such tickets from other airlines, including Air France, but had been told they were all fully booked. Khelladi told Sidali that the Aer Lingus flights to Algeria were also heavily booked for the next several days, whereupon Sidali inquired about flights to Paris. Khelladi told Sidali that it would be less expensive for him to purchase the tickets online, but Sidali stated that he did not want to do that. Sidali then purchased with cash three one-way standby tickets on Aer Lingus from Boston to Paris for travel on July 16, 2005. The next day Khelladi was manning the Aer Lingus counter when Sidali checked in with

checked in with his two sons for Flight 132 to Paris. In doing so, Sidali showed Khelladi United States and Algerian passports for himself and his children.

11. Wahida Sidali provided information regarding Sidali Babali's activities on the days preceding his kidnapping of their children. She stated that on July 12, 2005, Sidali left their Waltham apartment and did not return until July 14, 2005. She believed that while he was gone he may have traveled to the Algerian Embassy in Washington, D.C. to obtain Algerian passports for himself and their sons (Wahida advised me that she, her husband, and her children only had United States passports prior to the events in question). She told me that she believed that in order to do so, Sidali would likely have rented a car, because the only vehicle they owned was not running well, and she theorized that he would have used Enterprise Rent-A-Car (Enterprise) in Waltham, Massachusetts.

12. The FBI contacted Enterprise in Waltham and learned that Sidali Babali did in fact rent a vehicle from Enterprise on July 12, 2005, which he returned on July 14, 2005. According to Enterprise, several hundred miles had been put on the vehicle during the rental period.

13. Wahida Babali informed me that Sidali Babali is very close to his mother, Saliha Babali and his brother, Adalane Mohamed Babali. She further related that Adalane Babali resides at 8 Rue Lancret, 75016 Paris 16em, and that Sidali spoke daily with his brother via his Verizon cell phone.

14. Wahida Babali informed me that on July 19, 2005 she was contacted by a friend of hers who resides in Paris (he may be a relative of hers, but at this juncture I am not sure). According to Wahida, the friend reported to her that on July 19, 2005, he observed Sidali and Akram Babali in the area of 8 Rue Lancret in Paris, whereupon he confronted Sidali and told him that he needed to take the children to the United States Embassy for return to the United States. According to Wahida, the friend

further told her that Sidali told him that Zakary was not feeling well and was being cared for by his grandmother in the apartment and that he and his sons were on vacation and were going to continue on to Algeria.

15. Following the receipt of such information from her friend in Paris, on the evening of July 19, 2005 Wahida Babali flew to Paris in an attempt to locate and secure custody of her children and to enlist the assistance of the French authorities in doing the same. To date, those efforts have been unsuccessful.

16. I received indirect information today, related to me by Sofia Taibi-Bennoui, a friend of Wahida Babali who lives in the Boston area and who has been assisting Wahida in the aftermath of the kidnapping of her children. According to Taibi-Bennoui, Wahida's friend in Paris spoke to Sidali's brother Adalane, who related that Sidali was going to attempt to drive with his sons from France to Spain and then take a boat to Morocco, from where he would then travel to Algeria.

17. Based on the foregoing, there is probable cause to believe that on or about July 16, 2005, Sidali Ryad Babali did remove his two minor sons, Akram and Zakary Babali, from the United States, and that he did so with the intent to obstruct the lawful exercise of parental rights by Wahida Babali, the mother of said children, in violation of 18 U.S.C. § 1204.

_Tamara N. Harty_
TAMARA N. HARTY
Special Agent, FBI

Subscribed and sworn to me this twenty-first day of July, 2005.

_[signature]_
CHARLES B. SWARTWOOD, III
CHIEF UNITED STATES MAGISTRATE JUDGE

5

🖉JS 45 (5/97) - (Revised USAO MA 6/29/04)

**Criminal Case Cover Sheet**                                **U.S. District Court - District of Massachusetts**

**Place of Offense:** _____   **Category No.** II _____   **Investigating Agency** FBI _____

**City** Boston _____   **Related Case Information:**

**County** Suffolk _____   Superseding Ind./ Inf. _____   Case No. _____
Same Defendant _____   New _____   X _____
Magistrate Judge Case Number _____
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name   Sidali Ryad Babali _____   Juvenile  ☐ Yes   ☒ No

Alias Name _____

Address   155 South Street, Apartment 3, Waltham, MA _____

Birth date (Year only): 1968   SSN (last 4 #): ____   Sex M   Race: ____   Nationality: USA/Algeria

**Defense Counsel if known:** _____   **Address:** _____

**Bar Number:** _____

**U.S. Attorney Information:**

AUSA   James Lang _____   Bar Number if applicable _____

Interpreter:   ☐ Yes  ☒ No   List language and/or dialect: _____

Matter to be SEALED:   ☐ Yes   ☒ No

☒ Warrant Requested   ☐ Regular Process   ☐ In Custody

**Location Status:**

**Arrest Date:** _____

☐ Already in Federal Custody as _____ in _____ .
☐ Already in State Custody _____   ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by _____ on _____

Charging Document:   ☐ Complaint   ☐ Information   ☐ Indictment
Total # of Counts:   ☐ Petty ____   ☐ Misdemeanor ____   ☐ Felony ____

Continue on Page 2 for Entry of U.S.C. Citations

☐   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:** _____   **Signature of AUSA:**   James Lang

✎JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**   Sidali Ryad Babali

## U.S.C. Citations

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 18 U.S.C. § 1204 | International Parental Kidnapping | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set | | | |
| Set | | | |
| Set | | | |
| Set | | | |
| Set | | | |
| Set | | | |

**ADDITIONAL INFORMATION:**