UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.        )<br>)<br>SIDALI RYAD BABALI     ) | Criminal No. 05-1702-TSH |

## DISMISSAL OF COMPLAINT

Pursuant to FRCP 48(a), the United States Attorney for the District of Massachusetts, Michael J. Sullivan, hereby dismisses the above-numbered Complaint, which was issued on July 21, 2005 and which charges the defendant Sidali Ryad Babali with international parental kidnaping of two children born of his marriage to Wahida Babli, in violation of 18 U.S.C. § 1204. Both the defendant and Wahida Babali were born in Algeria and are naturalized United States citizens. In support of this dismissal, the government states that the defendant has never been arrested in connection with the Complaint. He is believed to be residing in Algeria and has been so residing since July 2005. Moreover, Wahida Babali has been reunited with her children in Algeria and is now residing there as well.

WHEREFORE, dismissal of the Complaint is in the interests of justice.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: /s/
MICHAEL K. LOUCKS
First Assistant U.S. Attorney

9/3/8   4:25 p.m.

Leave to File Granted:

_____
Timothy S. Hillman
United States Magistrate Judge